**Order filed December 31, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00892-CV
_____

### HARSADBHAI AND DHARMISHTHA PATEL, Appellants

### V.

### HARRIS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellees

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-68741**

## O R D E R

The notice of appeal in this case was filed September 24, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. On November 6, 2012, the court ordered appellants to pay the filing fee by November 21, 2012. No response was filed.

Appellants' brief was due December 6, 2012. No brief has been filed and appellants have not requested an extension of time to file the brief.

Therefore, the court issues the following order.

Appellants are ordered to file a brief in compliance with the Texas Rules of Appellate Procedure on or before **January 11, 2013.** If appellants fail to file the brief as ordered, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b). In addition, appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **January 11, 2013.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).

PER CURIAM